

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00644-CR

**EX PARTE** Miguel A. **ESPINOZA**

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR8739
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

SIGNED December 28, 2022.

_____
Beth Watkins, Justice